**EXHIBIT A**

# NOTICE OF APPEAL – CIVIL
Commonwealth of Virginia   VA. CODE §§ 16.1-106, 16.1-106.1, 16.1-107, 16.1-113, 16.1-298

Fairfax County
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

FILED

January 19, 2022
DATE OF FINAL ORDER

I, the undersigned, note my appeal of the judgment of this court to the circuit court of this city or county.

My appeal is scheduled to be called for [ ] trial [ ] setting of trial date on ................................
DATE AND TIME OF APPEARANCE

in the circuit court, located at

4110 Chain Bridge Road, Fairfax, VA 22030      703-691-7320
STREET ADDRESS OF CIRCUIT COURT                TELEPHONE NUMBER

[X] I understand that I must contact the circuit court clerk's office for instructions for setting the trial date.
I understand that within 30 days, or within 10 days in an unlawful detainer case (except within 30 days in an unlawful detainer case against an indigent former owner based upon a foreclosure), of the entry of judgment, I must deliver to the Clerk of this Court:

1. $ 136.00 ............ for circuit court writ tax, costs, and fees for service of process, if applicable.
and
2. (a) $ 0 ............ appeal bond with sufficient surety approved by the Judge or Clerk of this Court, cash deposit, bank check, or by draft from the escrow account of my attorney. The appeal bond must be written to indemnify the party in whose favor a judgment was rendered in this Court in the event that such party is awarded a judgment on appeal in circuit court;
or
(b) An order by the court finding that I am indigent for the purpose of appeal pursuant to Virginia Code § 16.1-107.

I also understand that I must pay the writ tax and costs if applicable and post the appeal bond within the applicable time period of the entry of judgment for the appeal in my case to be complete ("perfected"), and that my failure to do so within the applicable time period will result in the loss of my appeal rights. I further understand that the order or judgment which I am appealing remains in full force and effect if it involves a protective order, continuing programs pursuant to Virginia Code § 16.1-289.1 or other proceedings specified by law, until changed or annulled by the circuit court.

I also understand that if I am appealing an unlawful detainer for a residential dwelling unit, once the appeal in my case is complete ("perfected"), I am required to pay the rental amount in the rental agreement to the plaintiff on or before the 5th day of each month. I understand that if I do not pay, the circuit court judge is required, upon motion of the plaintiff and without a hearing, to enter judgment for the outstanding rent, late charges, attorney fees and any other charges due as of that date, subtracting any payments that I made as shown in court accounts or on a written affidavit submitted by the plaintiff, or the plaintiff's managing agent or attorney, and to enter an order for possession without any further hearings or proceedings. If this appeal is being made after the sheriff has served the notice of intent to execute a writ of eviction, you must notify the sheriff of this appeal.

1/25/2022
DATE APPEAL NOTED

APPELLANT: Velocity Investments, LLC assignee of OneMain Financial Group, LLC
[ ] PLAINTIFF/PETITIONER [ ] DEFENDANT/RESPONDENT

by _Linda M. Barran_ VSB# 48072
ATTORNEY FOR APPELLANT

NOTICE: Promptly communicate with the clerk of the circuit court of this jurisdiction concerning the subpoenaing of witnesses and, in an appeal of a final civil judgment, any need for interpreters, and if you wish to request a jury trial. Failure to appear in the circuit court at the designated date and time may result in the dismissal of your appeal.

WITHDRAWAL OF APPEAL: If this appeal is withdrawn within ten (10) days after entry of the judgment or order when no appeal bond or costs are required to perfect the appeal, or before being "perfected" by posting required appeal bond or paying required costs, no additional costs will be taxed against you. After ten (10) days or after the appeal is "perfected" by posting the required appeal bond or paying required costs, in accordance with § 16.1-106.1, any withdrawal of the appeal must occur in Circuit Court. Upon withdrawal of the appeal in Circuit Court, additional costs will be incurred and any cash bond posted to perfect the appeal may be disbursed.

FORM DC-475 REVISED 07/21   (A213785 05/21)

---

CASE NO.
GV21006064-00

## NOTICE OF APPEAL

Velocity Investments, LLC assignee of OneMain Financial Group, LLC
PLAINTIFF/PETITIONER NAME (LAST, FIRST, MIDDLE)

1800 Rt. 34N, Bldg 3 #305

Wall, NJ 07719

v.

Wayne, Catharine A.
DEFENDANT/RESPONDENT NAME (LAST, FIRST, MIDDLE)

13959 Mansarde Ave., Apt. 425

Herndon, VA 20171

JUDGMENT DATE:

January 19, 2022

PLAINTIFF'S/PETITIONER'S ATTORNEY
[ ] Same as on Attached

Linda M. Barran, VSB #48072

Protas, Spivok & Collins, LLC

4330 East West Hwy #900, Bethesda
MD 20814

DEFENDANT'S/RESPONDENT'S ATTORNEY
[ ] Same as on Attached

Kristi C. Kelly

### WITHDRAWAL
I, the undersigned, withdraw my appeal in this case

_____
DATE

_____
APPELLANT

by _____
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct a copy of the foregoing Notice of Appeal was served by email on January 25, 2022 to Defendant's attorneys at the following address:

Kristi C. Kelly
Casey S. Nash
Kelly Guzzo, PLC
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030
*Counsel for Defendant*

                                                    */s/ Linda M. Barran*
                                                  Linda M. Barran, VSB #48072
                                                  PROTAS, SPIVOK & COLLINS, LLC
                                                  4330 East West Highway, Suite 900
                                                  Bethesda, MD 20814-3228

FILED