IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CATHARINE WAYNE, *on behalf of herself and all similarly situated consumers*, <br><br> Plaintiff, <br><br> v. <br><br> VELOCITY INVESTMENTS, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No.: 1:21-cv-01391-AJT-IDD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Upon consideration of Defendant's Motion to Stay or Dismiss Under the *Colorado River* Doctrine, and any Opposition thereto, it is this ___ day of _____, 2022;

**ORDERED**, that the Motion be, and hereby is **GRANTED**, and it is further,

**ORDERED**, that Plaintiff's Complaint be **DISMISSED**,

[OR]

**ORDERED**, that this case be **STAYED** pending a final judgment in the Parties' state court action currently pending on appeal before the Fairfax County Circuit Court.

_____
JUDGE