# Exhibit 1

VIRGINIA:

## IN THE FAIRFAX COUNTY GENERAL DISTRICT COURT

| | |
|---|---|
| VELOCITY INVESTMENTS LLC<br>ASSIGNEE OF ONEMAIN FINANCIAL<br>GROUP LLC<br><br>        Plaintiff<br><br>        v.<br><br>CATHERINE A. WAYNE<br><br>        Defendant | Case No. GV21006064-00<br>File No. K615170<br>Trial: January 19, 2022, 1 PM |

### NOTICE OF WITHDRAWAL OF BUSINESS RECORDS AFFIDAVIT

COMES NOW Plaintiff Velocity Investments LLC, by the undersigned counsel, to notify the Court that Plaintiff is hereby withdrawing the Business Records Affidavit filed for the trial scheduled for September 15, 2021. The trial has been continued to January 19, 2021 at 1 pm, at which time Plaintiff expects to have a witness available.

                                                Velocity Investments, LLC assignee of
                                                OneMain Financial Group, LLC

                                                By Counsel

                                                */s/ Linda M. Barran*
                                                Linda M. Barran, VSB #48072
                                                PROTAS, SPIVOK & COLLINS, LLC
                                                4330 East West Highway, Suite 900
                                                Bethesda, MD 20814-3228
                                                T: (301) 469-3608
                                                F: (301) 469-3601
                                                Lbarran@psclaw.net
                                                *Counsel for Defendant*
                                                This communication is from a debt collector

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Business Records Affidavit was served by facsimile on December 8, 2021 to:

Kristi C. Kelly
Casey S. Nash
Kelly Guzzo, PLC
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030
*Counsel for Defendant*

Linda M. Barran, VSB #48072
PROTAS, SPIVOK & COLLINS, LLC
4330 East West Highway, Suite 900
Bethesda, MD 20814-3228